UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 1:11-CR-41 |
| v. ) | |
| ) | |
| BILLY WAYNE LOCKE A/K/A ) | Judge Curtis L. Collier |
| "BILLY LOCK" ) | |

**O R D E R**

On August 6 and 13, 2012, Defendant Billy Wayne Locke ("Defendant") filed *pro se* motions to suppress any and all evidence seized from his camper trailer (Court File Nos. 58, 61). Defendant also filed a supplement and three letters in support of his motions to suppress (Court File Nos. 62, 64-66). Defendant's motions were referred to United States Magistrate Judge Susan K. Lee, who held a hearing and subsequently filed a report and recommendation (R&R) recommending Defendant's motions be denied (Court File No. 69). Defendant timely objected (Court File No. 73), and the Government responded (Court File No. 76). For the following reasons, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 69). Defendant's motions to suppress are **DENIED** (Court File Nos. 58, 61).[1]

**SO ORDERED.**

**ENTER:**

---

[1] Defendant has submitted other supplemental documents raising nearly identical arguments as those made in his original motions to suppress (Court File Nos. 70, 71, 77, 80, 81, 82). Among the filings are a "Motion to Suppress or to Dismiss" (Court File No. 71), two motions to dismiss (Court File Nos. 77, 80), and a "Motion to Suppress Evidence and to Dismiss Case" (Court File No. 81). For the same reasons the Court has concluded Defendant's original motions to suppress should be denied, the Court also **DENIES** Defendant's subsequently filed motions to suppress and/or motions to dismiss (Court File Nos. 71, 77, 80, 81).

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**